USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,
Plaintiff,

-against-

AMGUARD INSURANCE COMPANY et al,
Defendants.

26-CV-6356 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Defendants AmGuard Insurance Company, Necati Ozdemir, Tuncer Ozdemir and Adem Service Station, Inc., filed their Answer, dated September 30, 2026 (ECF No. 24) to Plaintiff's Complaint, dated July 27, 2026 (ECF No. 1). Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed joint Case Management Plan and Scheduling Order (blank form attached hereto) by October 22, 2026. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes. The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

Dated: October 1, 2026
White Plains, New York

Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. Jan. 2012

-----------------------------------------------------------x

Plaintiff(s),

- against -

Defendant(s).

-----------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

_______ CV ____________ (NSR)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by ________________________.

4. Amended pleadings may be filed until ______________________.

5. Interrogatories shall be served no later than ____________________, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____________________.

7. Non-expert depositions shall be completed by _____________________________.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ________________________.

9. Requests to Admit, if any, shall be served no later than ________________________.

10. Expert reports shall be served no later than ________________________.

11. Rebuttal expert reports shall be served no later than ________________________.

12. Expert depositions shall be completed by ________________________.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** ________________________.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. ________________________.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ________________________, at _____________. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York

________________________

________________________
Nelson S. Román, U.S. District Judge